IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 12-cv-00028-RPM-GJR

KRISTY KOLECKI,

    Plaintiff,

v.

TOWN OF PARACHUTE,

    Defendant.

---

**ORDER RE: UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT (Doc. # 14)**

---

The Court after review of Plaintiff's Unopposed Motion for Leave to File First Amended Complaint (Doc. # 14) and the file, hereby **GRANTS** Plaintiff's Unopposed Motion for Leave to File First Amended Complaint.

DATED:   March 19, 2012.

                                            BY THE COURT:

                                            s/ Gudrun J. Rice
                                            _____
                                            Gudrun J. Rice
                                            U.S. Magistrate Judge