**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00028-RPM-GJR

**KRISTY KOLECKI,**

    Plaintiff,

v.

**TOWN OF PARACHUTE,**

    Defendant.

_____

**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon Stipulated Dismissal with Prejudice, and the Court being fully advised of the matters set forth therein;

    DOES HEREBY ORDER the dismissal of all claims against the Town of Parachute, with prejudice, each party to pay her or its own costs and attorney fees. By issuing this Order, this case is resolved in its entirety and the Court hereby closes this case.

DATED: August 10th , 2012

                                                BY THE COURT:

                                                s/ Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge